MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Nationstar Mortgage LLC
d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William D. McCann,<br><br>    Plaintiff,<br><br>v.<br><br>Quality Loan Service Corporation, a Washington Corporation,<br>OCWEN Loan Servicing LLC, a Delaware Corporation, dba OCWEN Financial Corporation<br>New Residential Investment Corporation dba Shellpoint Partners, dba Shellpoint Mortgage Servicing, a Delaware Corporation<br>Nationstar Mortgage LLC dba 'Mr. Cooper', a Delaware Corporation<br>Servis One, Inc., dba BSI Mortgage Servicing, a Delaware Corporation<br>Deutsche Bank Trust Company Americas, a Delaware Corporation<br>US Bank Trust, N.A., an FDIC regulated financial institution chartered by the State of Delaware<br>Residential Accredit Loans, Inc. 2005QA1 a purported 'Mortgage Pool' registered with the State of Delaware<br>NRZ Pass Through Trust VII, a 'Mortgage Pool',<br>Chalet Series III Trust, a purported 'Mortgage Pool' purportedly registered in the State of Delaware<br>Inku Nam, Esq., an individual licensed to practice law in the State of Nevada and a domiciliary of the State of Nevada<br>Gagan Sharma, a domiciliary of the State of Texas<br>Black and White Foreign Law Partnerships 1 | Case No.: 3:19-cv-00584-RCJ-WGC<br><br>**STIPULATION AND ORDER SETTING ASIDE CLERK'S DEFAULT** |

1

50441049;1

through 10
Black and White Attorneys Admitted to Practice in the State of Nevada 1 through 10
Black and White Corporate Defendants 1 through 10
Black and White Individuals 1 through 10

Defendants.

Plaintiff William D. McCann and defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**) stipulate as follows:

IT IS STIPULATED AND AGREED the clerk's entry of default entered against Nationstar on September 13, 2019, in the Ninth Judicial District Court for the County of Douglas, State of Nevada, Case No. 19-cv-0246, which was subsequently removed to this court, shall be set aside; and

IT IS FURTHER STIPULATED AND AGREED Nationstar shall respond to the complaint by November 4, 2019.

IT IS FURTHER STIPULATED AND AGREED nothing in this stipulation shall be interpreted as a waiver of Mr. McCann's ability to seek remand of this action.

DATED October 10th, 2019.

**AKERMAN LLP**

/s/ *Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorney for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

/s/ *William D. McCann*
WILLIAM D. McCANN, ESQ.
Nevada Bar No. 12038
P.O. Box 370
Genoa, NV 89411

*Plaintiff pro per*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** October 10, 2019

2

50441049;1