JUSTIN TOWNSEND, ESQ. SBN #12293
ALLISON MacKENZIE
402 N. Division Street
Carson City, Nevada 89703
(775) 687-0202
jtownsend@allisonmackenzie.com

WILLIAM D. McCANN, ESQ. SBN #12038
P. O. Box 370
Genoa NV 89411
(775) 200-0627
wdmccann@gmail.com
*In Propria Persona*

IN THE FEDERAL DISTRICT COURT FOR NEVADA

William D. McCann
Plaintiff

v.                                                                                   3:19-cv-584 RCJ-WGC

Quality Loan Service Corporation,
a Washington Corporation,
OCWEN Loan Servicing LLC
a Delaware Corporation, dba
OCWEN Financial Corporation
New Residential Investment Corporation,
dba Shellpoint Partners, dba Shellpoint Mortgage
Servicing, a Delaware Corporation
Nationstar Mortgage LLC dba 'Mr. Cooper',
a Delaware Corporation
Servis One, Inc., dba BSI Mortgage Servicing,
a Delaware Corporation
Deutsche Bank Trust Company Americas
a Delaware Corporation
US Bank Trust N.A., an FDIC
regulated financial institution chartered by the State
of Delaware
Residential Accredit Loans, Inc., 2005QA1 a purported 'Mortgage Pool'
registered with the State of Delaware
NRZ Pass Through Trust VII, a 'Mortgage Pool',

**ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE JANE LUCIANO, ESQ. FROM ELECTRONIC SERVICE LIST**

1

purportedly registered with the State of Delaware
Chalet Series III Trust, a purported 'Mortgage Pool' purportedly registered in the State of Delaware
Inku Nam, Esq., an individual licensed to practice law in the State of Nevada and a domiciliary of the State of Nevada
Gagan Sharma, a domiciliary of the State of Texas
Black and White Foreign Law Partnerships 1 through 10
Black and White Attorneys Admitted to Practice in the State of Nevada 1 through 10
Black and White Corporate Defendants 1 through 10
Black and White Individuals 1 through 10
Defendants

Comes now William D. McCann, Esq., *in propria persona*, and herewith moves this court to Remove Jane Luciano Esq. from the electronic service list.

October 10. 2019
               */s/ William D. McCann /s/*
               WILLIAM D. McCANN
               *In Propria Persona*

IT IS SO ORDERED.

DATED: October 11, 2019.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE